*April 26, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1987. State v. Coleman.**
Hamilton App. No. C–850340. Upon consideration of appellant's motion for an order to show cause and/or order granting relief, including emergency relief,

IT IS ORDERED by the court that the motion be, and hereby is, denied, effective April 25, 2002, the date of this entry.

*May 1, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**2001–1693. Spalding v. Coulson.**
Cuyahoga App. No. 76666. On response to show cause order and on response to show cause order of Robert Coulson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would refer this cause to mediation.

**2002–0097. Sisson v. Lawrence.**
Board of Tax Appeals, No. 99–L–1352. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0254. State ex rel. AK Steel Corp. v. Jones.**
In Mandamus and Prohibition. On answer of respondent Christopher Jones, Director of Environmental Protection, motion for judgment on pleadings of Christopher Jones, Director of Environmental Protection, answer of respondent Ohio Environmental Review Commission, and motion for judgment on pleadings of Ohio Environmental Review Appeals Commission.

On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0360. State ex rel. Brown v. McMonagle.**
In Mandamus. On motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0384. State ex rel. Hall v. State.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0475. Patterson v. Ohio Dept. of Rehab. & Corr.**
In Habeas Corpus. On petition for writ of habeas corpus of Ronald Kelly Patterson, Jr. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0487. King v. Ohio Dept. of Rehab. & Corr.**
In Habeas Corpus. On petition for writ of habeas corpus of David K. King. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0512. Grove v. Erwin.**
In Habeas Corpus. On petition for writ of habeas corpus of Mark Earl Grove. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.